UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSH THOMAS,

    Plaintiff,

 v.

FIRST TECH FEDERAL CREDIT UNION,

    Defendant.

C17-1616 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are ORDERED to show cause by February 22, 2018, why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on November 9, 2017, docket no. 2. Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of January, 2018.

            William M. McCool
            Clerk

            s/Karen Dews
            Deputy Clerk

MINUTE ORDER - 1