Kimberley Hanks McGair, WSBA #30063
kmcgair@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Attorneys for Defendant First Tech Federal Credit Union

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSH THOMAS, an individual, | Case No. 2:17-cv-01616-TSZ |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | |
| FIRST TECH FEDERAL CREDIT UNION, | |
| Defendant. | |

This matter came before the Court on Defendant First Technology Federal Credit Union's ("Credit Union") Motion for Extension of Time to Respond to Plaintiff's Complaint, docket no. 7, to which no opposition was filed, on February 7, 2018. The Court being fully advised on the premises, it is now, therefore,

///

///

///

///

///

///

Page 1 -   ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

ORDERED that Defendant's Motion is GRANTED and the Credit Union's deadline to respond to Plaintiff's Complaint is hereby extended until February 22, 2018.

DATED this 9th day of February, 2018.

*[signature]*

Thomas S. Zilly
United States District Judge


SUBMITTED BY:

Kimberley Hanks McGair, WSBA #30063
kmcgair@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741