UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSH THOMAS,

        Plaintiff,

v.

FIRST TECH FEDERAL CREDIT UNION,

        Defendant.

C17-1616 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint, docket no. 14 (the "Motion"), to which no opposition was filed, and Plaintiff's Response to the Court's Order to Show Cause, docket no. 16, the Court GRANTS the Motion and resets the following deadlines:

| | |
|---|---|
| Defendant's deadline to respond to the Complaint, docket no. 1 | March 12, 2018 |
| Deadline for FRCP 26(f) Conference | March 26, 2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | April 9, 2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | April 9, 2018 |

MINUTE ORDER - 1

(2) All other terms, conditions, and requirements imposed by the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, docket no. 2, remain unchanged and in full force and effect. The parties are DIRECTED to follow these instructions in requesting any subsequent changes to the deadlines listed above.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of March, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2